**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ 4th Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: Marie Valencia Jean | JOINT DEBTOR: N/A | CASE NO.: 16-24001-RAM |
| Last Four Digits of SS# 5318 | Last Four Digits of SS# N/A | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan (Case Filed 10/18/16):

- A. $ 498.44 for months 1 to 5 ;
- B. $ 1,786.81 for months 6 to 59 ;
- C. $ 7,503.48 for months 60 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00    TOTAL PAID $ 1,407.00
Balance Due $ 2,243.00 payable $ 448.60 /month (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

MULTIBANK 2009-1 RES-ADC VENTURE, LLC    Judgment Lien Amount    $ 62,916.60
Address: c/o Quantum Servicing, PO Box 88549, Tampa, FL 33689
Account No: 0183    Regular Payment $ 1,143.94 /month (Months 6 to 60 )
**[Includes 4.84% Interest Per Annum]**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| - NONE - | $ 0.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. - NONE -    Total Due $ 0.00
   Payable $ 0.00 /month    (Months 0 to 0)    Regular Payment $ N/A

Unsecured Creditors: Pay $ 464.19 /month (Months 6 to 59 ).
$ 5,609.19 /month (Months 60 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**MULTIBANK 2009-1 RES-ADC VENTURE, LLC, Account No. *Unknown* -** Debtor surrenders her interests in vacant, real property identified as Parcel ID 4217-243-064 in Marion County, Florida. Debtor's surrender is not a waiver of rights in the foreclosure action filed against her in Miami-Dade County Circuit Civil Court, Case No. 2015-012332-CA-01, or any subsequent foreclosure proceedings.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Filed ECF
Matis H. Abarbanel, Esq. with knowledge and consent of the Debtor, Marie Valencia Jean
Date: February 23, 2017

LF-31 (rev. 01/08/10)